

FILED
NOV 0 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT FOR:<br><br>A Motorola cell phone associated with IMEI#351838092358412, seized from Ramiro Morales | CASE NO. 2:19-SW-1001-____ KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: Nov. 8, 2019

Hon. KENDALL J. NEWMAN
United States Magistrate Judge