McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**

Dec 04, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**A Motorola cell phone associated with IMEI#351838092358412, seized from Ramiro Morales** | 2:19-SW-1001-KJN<br><br>**ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: December 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE